Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Kevin Berkavich Jr.**
    Debtor(s)

Bankruptcy Case No.: 19–20380–TPA
Per August 8, 2019 proceeding
Chapter: 13
Docket No.: 40 – 31, 35
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.)* *PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated August 8, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Nissan Motor Acceptance (Cl 1) .

☐ H.    Additional Terms:

*(2.)  IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Dated: August 15, 2019

cc: All Parties in Interest to be served by Clerk in seven (7) days

```
                           United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                             Case No. 19-20380-TPA
Kevin Berkavich, Jr.                                               Chapter 13
      Debtor                         CERTIFICATE OF NOTICE
District/off: 0315-2           User: lmar                  Page 1 of 2                  Date Rcvd: Aug 15, 2019
                               Form ID: 149                Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2019.
db             +Kevin Berkavich, Jr.,    706 Ridgeside Place,    North Versailles, PA 15137-1811
14986177       +Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA 15264-5250
15015882       +COMCAST,   PO BOX 1931,    Burlingame, CA 94011-1931
15001355        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
15023284       +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
14986180       +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14986181       +Citi/Sears,   Citibank/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14986182       +Citibank North America,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
15029601       +Citibank, N.A.,   701 East 60th Street North,    Sioux Falls, SD 57104-0493
14986183       +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
14986184       +Citicards,   Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
15030396        Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
14986187       +Medfinancial Services,    298 N Seven Oaks Dr.,    Knoxville, TN 37922-2369
14993873        Nissan Motor Acceptance,    POB 660366,   Dallas, TX 75266-0366
14986188       +Nissan Motor Acceptance,    Attn: Bankruptcy Dept,    Po Box 660360,    Dallas, TX 75266-0360
15030244       +PNC BANK, N.A.,    P.O. BOX 94892,   CLEVELAND, OH 44101-4892
14986189       +PNC Bank,   Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
15002287       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14986190       +Radius Global Solutions, LLC,    PO Box 390905,    Minneapolis, MN 55439-0905
14986191       +Rose Berkavich,    309 Altaview,   Monroeville, PA 15146-3714
14986192       +South Hills Gastro Assoc LLC,    PO Box 615,    Connellsville, PA 15425-0615
14986197       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
15001969        Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
14986198       +Wells Fargo Jewelry Advantage,    Attn: Bankruptcy,    Po Box 10438,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14986178       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 16 2019 02:40:39      Capital One,
                 Po Box 30281,   Salt Lake City, UT 84130-0281
14998593        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 16 2019 02:40:38
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
14986179       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 16 2019 02:39:25      Ccs Collections,
                 Po Box 710,   Norwood, MA 02062-0710
15027772       +E-mail/Text: kburkley@bernsteinlaw.com Aug 16 2019 02:39:20      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14986185       +E-mail/Text: bncnotices@becket-lee.com Aug 16 2019 02:38:32      Kohls/Capital One,
                 Kohls Credit,   Po Box 3120,    Milwaukee, WI 53201-3120
14986186        E-mail/Text: camanagement@mtb.com Aug 16 2019 02:38:36      M & T Bank,    Attn: Bankruptcy,
                 Po Box 844,   Buffalo, NY 14240
15030126        E-mail/Text: camanagement@mtb.com Aug 16 2019 02:38:36      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
15030403        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2019 02:40:20
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14986958       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2019 02:40:21
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
15031393       +E-mail/Text: bncmail@w-legal.com Aug 16 2019 02:39:02      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
14986193       +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2019 02:40:36      Syncb Bank/American Eagle,
                 Attn: Bankruptcy,   Po Box 965060,    Orlando, FL 32896-5060
14986194       +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2019 02:40:57      Synchrony Bank,
                 Attn: Bankruptcy Dept,   Po Box 965060,    Orlando, FL 32896-5060
14986195       +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2019 02:40:35      Synchrony Bank/American Eagle,
                 Attn: Bankruptcy Dept,   Po Box 965060,    Orlando, FL 32896-5060
14986196       +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2019 02:39:35      Synchrony Bank/ShopNBC,
                 Attn: Bankruptcy Dept,   Po Box 965060,    Orlando, FL 32896-5060
15023818        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 16 2019 02:40:44      Verizon,
                 by American InfoSource as agent,    PO Box 4457,   Houston, TX 77210-4457
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
```

```
District/off: 0315-2          User: lmar                    Page 2 of 2                   Date Rcvd: Aug 15, 2019
                              Form ID: 149                  Total Noticed: 39

cr*           +Duquesne Light Company,   c/o Bernstein-Burkley, P.C.,
               707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*           +PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
cr*           +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
                                                                                         TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2019                                          Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2019 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Matthew M. Brennan    on behalf of Debtor Kevin  Berkavich, Jr. attorneymatthewbrennan@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                            TOTAL: 6
```