FILED
9/11/20 2:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-20380-TPA |
| Kevin Berkavich, Jr.<br>  Debtor | : | Chapter 13 |
| Kevin Berkavich, Jr.<br>and Ronda J. Winnecour, Esq. (Trustee)<br>  Movants | : | Related to Document No. 51 |
| v.<br>Hospitality Staffing  LLC<br>  Respondents | : | |

## ORDER TO TERMINATE WAGE ATTACHMENT

AND NOW, to wit, this  11th   day of  September, 2020, on Motion of the Debtor/Movant, it is hereby **ORDERED, ADJUDGED, and DECREED** that the Debtor is no longer employed by the Respondent, and therefore,

**Hospitality Staffing, LLC**
**Attn: Dalynn**
**250 Forbes Ave.**
**Pittsburgh, PA 15222**

is hereby ordered to immediately terminate the Wage Attachment of wages of Social Security number **XXX-XX-0824.** No future payments are to be sent to Ronda J. Winnecour, Trustee, on behalf of the Debtor, Kevin Berkavich, Jr..

_____
United States Bankruptcy Judge    ljm

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Kevin Berkavich, Jr.  
    Debtor

Case No. 19-20380-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: agro     Page 1 of 1     Date Rcvd: Sep 11, 2020  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2020.  
db           +Kevin Berkavich, Jr.,   706 Ridgeside Place,   North Versailles, PA 15137-1811

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2020 at the address(es) listed below:  
       James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
       Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
       Matthew M. Brennan    on behalf of Debtor Kevin  Berkavich, Jr. attorneymatthewbrennan@gmail.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                      TOTAL: 6