IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-20380-TPA |
| Kevin Berkavich, Jr. | : | |
|    Debtor | : | Chapter 13 |
| | : | |
| Kevin Berkavich, Jr. | : | |
| and Ronda J. Winnecour, Esq. (Trustee) | : | Related to Document No. 62 |
|    Movants | : | |
| | : | |
|       v. | : | |
| Inspire Brands | : | |
|    Respondents | : | |

**ORDER TO TERMINATE WAGE ATTACHMENT**

AND NOW, to wit, this __6th__ day of __October__, 2021, on Motion of the Debtor/Movant, it is hereby **ORDERED, ADJUDGED, and DECREED** that the Debtor is no longer employed by the Respondent, and therefore,

**Inspire Brands**
**Attn: Payroll**
**Three Glenlake Parkway NE**
**Atlanta, GA 30328**

is hereby ordered to immediately terminate the Wage Attachment of wages of Social Security number **XXX-XX-0824**. No future payments are to be sent to Ronda J. Winnecour, Trustee, on behalf of the Debtor, Kevin Berkavich, Jr..

_____
United States Bankruptcy Judge    nms

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20380-TPA |
| Kevin Berkavich, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Oct 06, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kevin Berkavich, Jr., 706 Ridgeside Place, North Versailles, PA 15137-1811 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2021            Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Matthew M. Brennan | on behalf of Debtor Kevin Berkavich Jr. attorneymatthewbrennan@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

District/off: 0315-2 User: dpas Page 2 of 2
Date Rcvd: Oct 06, 2021 Form ID: pdf900 Total Noticed: 1
TOTAL: 6