IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-20380-TPA |
| | : | Chapter 13 |
| Kevin Berkavich, Jr. | : | |
|    Debtor | : | Related to Document No. |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK of the United States Bankruptcy Court:

1. Please be advised that the Debtor, Kevin Berkavich, Jr., is no longer receiving mail at the following address:

   **706 Ridgeside Place**

   **North Versailles, PA 15137**

2. The new mailing address of the Debtor is:

   **1428 Greenock Buena Vista Drive**

   **McKeesport, PA 15135**

   **WHEREFORE,** the Debtor requests that the Clerk update the Debtor's address.

                                              Respectfully submitted,

Dated: November 18, 2021

                                              /s/Matthew M. Brennan, Esq.
                                              Matthew M. Brennan
                                              201 S. Highland Avenue, Suite 201
                                              Pittsburgh, PA 15206
                                              PA ID No. 90195
                                              412-414-9366
                                              attorneymatthewbrennan@gmail.com