Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Kevin Berkavich Jr.**  :  Case No. 19−20380−JCM
*Debtor(s)*  :  Chapter: 13

**RONDA J. WINNECOUR, Trustee,**  :
*Movant(s),*  :

v.  :  Related to Document No. 91
**No Respondents**  :
*Respondent(s).*  :  Hearing Date: 4/30/24 at 02:30 PM

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 27th of February, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 91, by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before April 12, 2024**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on **April 30, 2024 at 02:30 PM** in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20380-JCM |
| Kevin Berkavich, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 27, 2024 | Form ID: 300b | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin Berkavich, Jr., 1428 Greenock Buena Vista Drive, McKeesport, PA 15135-2208 |
| 14986187 | + | Medfinancial Services, 298 N Seven Oaks Dr., Knoxville, TN 37922-2369 |
| 15030244 | + | PNC BANK, N.A., P.O. BOX 94892, CLEVELAND, OH 44101-4892 |
| 14986191 | + | Rose Berkavich, 309 Altaview, Monroeville, PA 15146-3714 |
| 14986192 | + | South Hills Gastro Assoc LLC, PO Box 615, Connellsville, PA 15425-0615 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2024 00:50:10 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14986177 | ^ | MEBN | Feb 28 2024 00:26:45 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15015882 | + | Email/Text: documentfiling@lciinc.com | Feb 28 2024 00:36:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14986178 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 00:35:14 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14998593 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 00:34:30 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15001355 | | Email/PDF: bncnotices@becket-lee.com | Feb 28 2024 00:49:25 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14986179 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 28 2024 00:39:00 | Ccs Collections, Po Box 710, Norwood, MA 02062-0710 |
| 15023284 | + | Email/Text: RASEBN@raslg.com | Feb 28 2024 00:36:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14986181 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 01:02:14 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14986182 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 00:49:04 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15029601 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 01:00:36 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14986183 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 00:34:36 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14986184 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 01:02:21 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |

Case 19-20380-JCM    Doc 94    Filed 02/29/24    Entered 03/01/24 00:32:37    Desc Imaged
                               Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 27, 2024 | Form ID: 300b | Total Noticed: 42 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14986197 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 00:50:02 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 15030396 | | Email/Text: bnc-quantum@quantum3group.com | Feb 28 2024 00:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15027772 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 28 2024 00:39:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14986180 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 28 2024 00:34:28 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14986185 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 28 2024 00:36:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15160175 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2024 00:35:24 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14986186 | | Email/Text: camanagement@mtb.com | Feb 28 2024 00:37:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15030126 | | Email/Text: camanagement@mtb.com | Feb 28 2024 00:37:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14986188 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 28 2024 00:37:00 | Nissan Motor Acceptance, Attn: Bankruptcy Dept, Po Box 660360, Dallas, TX 75266-0360 |
| 14993873 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 28 2024 00:37:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14986189 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 28 2024 00:36:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15201697 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2024 00:35:26 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15030403 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2024 00:49:24 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14986958 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2024 00:49:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15002287 | + | Email/Text: ebnpeoples@grblaw.com | Feb 28 2024 00:36:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14986190 | + | Email/Text: ngisupport@radiusgs.com | Feb 28 2024 00:37:00 | Radius Global Solutions, LLC, PO Box 390905, Minneapolis, MN 55439-0905 |
| 15031393 | + | Email/Text: bncmail@w-legal.com | Feb 28 2024 00:38:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14986193 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 01:15:50 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14986194 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:49:11 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14986195 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:34:27 | Synchrony Bank/American Eagle, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14986196 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:49:36 | Synchrony Bank/ShopNBC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15023818 | | Email/PDF: ebn_ais@aisinfo.com | Feb 28 2024 00:49:10 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15001969 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 28 2024 00:34:04 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14986198 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 27, 2024 | Form ID: 300b | Total Noticed: 42 |

| | Feb 28 2024 00:50:08 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
|---|---|---|

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Matthew M. Brennan | on behalf of Debtor Kevin Berkavich Jr. attorneymatthewbrennan@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 6