IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    KEVIN BERKAVICH, JR.

        Debtor(s)

    Ronda J. Winnecour
        Movant
       vs.
    No Repondents.

Case No.:19-20380

Chapter 13

Related to: Document No. 91

ORDER OF COURT

AND NOW, this __15th__ day of __April__, 20 _24_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
John C. Melaragno, Judge   glb
United States Bankruptcy Court

SIGNED
4/15/24 10:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-20380-JCM

Kevin Berkavich, Jr.     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 3
Date Rcvd: Apr 15, 2024    Form ID: pdf900    Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin Berkavich, Jr., 1428 Greenock Buena Vista Drive, McKeesport, PA 15135-2208 |
| 14986187 | + | Medfinancial Services, 298 N Seven Oaks Dr., Knoxville, TN 37922-2369 |
| 15030244 | + | PNC BANK, N.A., P.O. BOX 94892, CLEVELAND, OH 44101-4892 |
| 14986191 | + | Rose Berkavich, 309 Altaview, Monroeville, PA 15146-3714 |
| 14986192 | + | South Hills Gastro Assoc LLC, PO Box 615, Connellsville, PA 15425-0615 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 00:16:42 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14986177 | ^ | MEBN | Apr 15 2024 23:52:51 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15015882 | + | Email/Text: documentfiling@lciinc.com | Apr 15 2024 23:50:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14986178 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2024 00:28:53 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14998593 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2024 00:29:56 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15001355 | | Email/PDF: bncnotices@becket-lee.com | Apr 16 2024 00:01:54 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14986179 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 15 2024 23:52:00 | Ccs Collections, Po Box 710, Norwood, MA 02062-0710 |
| 15023284 | + | Email/Text: RASEBN@raslg.com | Apr 15 2024 23:50:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14986181 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 00:02:12 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14986182 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 00:01:55 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15029601 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 00:01:52 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14986183 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 00:01:44 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14986184 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 00:02:16 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |

Case 19-20380-JCM    Doc 99    Filed 04/17/24    Entered 04/18/24 00:28:19    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 15, 2024 | Form ID: pdf900 | Total Noticed: 42 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14986197 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 00:01:37 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 15030396 | | Email/Text: bnc-quantum@quantum3group.com | Apr 15 2024 23:51:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15027772 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 15 2024 23:52:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14986180 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 16 2024 00:41:19 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14986185 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 15 2024 23:50:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15160175 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2024 00:01:54 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14986186 | | Email/Text: camanagement@mtb.com | Apr 15 2024 23:51:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15030126 | | Email/Text: camanagement@mtb.com | Apr 15 2024 23:51:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14986188 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 15 2024 23:51:00 | Nissan Motor Acceptance, Attn: Bankruptcy Dept, Po Box 660360, Dallas, TX 75266-0360 |
| 14993873 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 15 2024 23:51:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14986189 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 15 2024 23:50:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15201697 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 00:01:59 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15030403 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 00:16:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14986958 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 00:01:54 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15002287 | + | Email/Text: ebnpeoples@grblaw.com | Apr 15 2024 23:50:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14986190 | + | Email/Text: ngisupport@radiusgs.com | Apr 15 2024 23:51:00 | Radius Global Solutions, LLC, PO Box 390905, Minneapolis, MN 55439-0905 |
| 15031393 | + | Email/Text: bncmail@w-legal.com | Apr 15 2024 23:52:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14986193 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2024 00:16:34 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14986194 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2024 00:02:11 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14986195 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2024 00:02:06 | Synchrony Bank/American Eagle, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14986196 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2024 00:01:38 | Synchrony Bank/ShopNBC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15023818 | | Email/PDF: ebn_ais@aisinfo.com | Apr 16 2024 00:01:45 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15001969 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 16 2024 00:16:10 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14986198 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |

| | Apr 16 2024 00:02:08 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2024         Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Matthew M. Brennan | on behalf of Debtor Kevin Berkavich Jr. attorneymatthewbrennan@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 6